# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2493

_____

| | | |
|---|---|---|
| Wilson Carwell, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Kenneth S. Apfel, Commissioner, Social | * | |
| Security Administration, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  January 5, 2000

Filed:  January 12, 2000

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Wilson Carwell appeals the dismissal of his complaint seeking review of the commissioner's decision to deny Carwell disability insurance benefits.  After reviewing the record and the parties' briefs, we conclude the district court correctly dismissed Carwell's complaint as untimely under 42 U.S.C. § 405(g).  We thus affirm the district court's judgment.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.